| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) RAGGI, REENA | 2. Court or Organization U.S. COURT OF APPEALS, 2nd CIR | 3. Date of Report 05/01/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) UNITED STATES CIRCUIT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address U.S. Courthouse 225 Cadman Plaza East Brooklyn, NY 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Judicial Advisory Board | George Mason School of Law, Center for Law and Economics |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. Annual | Self-employment income from legal and consulting practice |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. George Mason School of Law | July 14-17, 2005 - Sedona, AZ - Seminar - (Travel, Hotel and Meals) |
| 2. George Mason School of Law | September 9-11, 2005 - Alexandria, VA - Advisory Board Meeting - (Hotel and Meals) |
| 3. New York State Bar Association, International Law and Practice Section | October 19-23, 2005 - London, UK - Seminar and Moot Court - (Travel, Hotel and Meals) |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/01/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CITIBANK ACCOUNTS | B | Interest | K | T | | | | | |
| 2. BROKERAGE ACCOUNT NO. 1: | | | | | | | | | See section VIII. |
| 3. - Merrill Lynch CMA NY Municipal MMF | A | Interest | | | Closed | 1/8 | N | A | |
| 4. - Citi NY Tax Free Reserves MMF | B | Interest | M | T | Bought addl. | 1/10 | N | | See section VIII. |
| 5. - NYS Dorm Auth. Zero Bonds | A | None | K | T | | | | | See section VIII. |
| 6. - Various NY State Notes | C | Interest | M | T | Bought | Var. | M | | |
| 7. - FNMA Bonds | B | Interest | L | T | Bought | 2/22 | M | | |
| 8. BROKERAGE ACCOUNT NO. 2: | | None | | | | | | | See section VIII. |
| 9. - Merrill Lynch CMA NY Municipal MMF | A | Interest | | | Closed | 1/11 | L | A | |
| 10. - Citi NY Tax Free Reseerves MMF | A | Interest | J | T | Opened | 7/22 | J | | |
| 11. - Various NY State Notes | A | Interest | L | T | Bought | Var. | L | | |
| 12. - FNMA Bonds | A | Interest | K | T | Bought | 2/22 | L | | |
| 13. BROKERAGE ACCOUNT NO. 3: | | | | | | | | | See section VIII. |
| 14. - Merrill Lynch CMA NY Municipal MMF | | | | | Closed | 3/3 | O | A | |
| 15. - Citibank Bank Deposit Program | B | Interest | | | Opened | 3/3 | O | | |
| 16. | | | | | Closed | 4/29 | M | A | |
| 17. - Citibank MMF | A | Interest | | | Opened | 5/1 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | | S =Assessment | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Closed | 7/18 | M | A | |
| 19. - Citi NY Tax Free Reserves MMF | B | Interest | M | T | Opened | 7/18 | M | | |
| 20. - Federal Home Loan Bank Bonds | D | Interest | N | T | Bought | 4/21 | N | | |
| 21. - Federal Farm Credit Bank Bonds | C | Interest | L | T | Bought | 4/13 | M | | |
| 22. - NYC Gen. Obl. Zero Bonds | A | None | K | T | Redeem part | 10/1 | K | A | |
| 23. IRA ACCOUNT NO. 1: | A | Interest | M | T | | | | | See section VIII. |
| 24. - Merrill Lynch Bank Deposit Program (MMF) | | | | | Closed | 3/3 | K | A | |
| 25. - Citibank Cash Reserves MMF | | | | | Opened | 3/3 | K | | |
| 26. - Treasury Zeroes | | | | | | | | | |
| 27. - Federal Home Loan Bank Bonds | | | | | Bought | 5/2 | L | | |
| 28. IRA ACCOUNT NO. 2: | B | Interest | M | T | | | | | See section VIII. |
| 29. - Merrill Lynch Bank Deposit Program (MMF) | | | | | Closed | 4/4 | M | A | |
| 30. - Schwab MMF | | | | | Opened | 3/24 | J | | |
| 31. CITIGROUP 401K PLAN: | A | Dividend | N | T | | | | | |
| 32. - Stable Value Fund (MMF) | | | | | | | | | |
| 33. - Citigroup Common Stock | | | | | Exchanged | 2/1 | L | A | |
| 34. - Salomon Capital Fund | | | | | Bought addl. | 2/1 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NY College Savings Acct. R | B | Interest | K | T | | | | | |
| 36. NY College Savings Acct. D | B | Interest | K | T | | | | | |
| 37. Greenwich St. Employees Fund | E | Interest | K | U | | | | | |
| 38. Keogh Plan - Merrill Lynch Bank Deposit Program (MMF) | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/01/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Re section VII: During the reporting period, on the dates indicated, Brokerage Account Nos. 1, 2 and 3 and IRA Account No. 1 were moved from Merrill Lynch to Citibank. IRA account No. 2 was moved from Merrill Lynch to Charles Schwab. Holdings shown on lines 4 and 5 of this report were reported on lines 2 and 3 of last year's report.

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/01/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date___5/1/06_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544